DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HARRY PIERRE,**
Appellant,

v.

**CITIZENS PROPERTY INSURANCE CORP.,**
Appellee.

No. 4D20-2542

[December 22, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David Haimes, Judge; L.T. Case No. CACE19-18284.

Manny T. Tarich and William Calnan of The Tarich Law Firm, P.A., Hollywood, for appellant.

Kathryn L. Ender and Keoki M. Baron of Lewis Brisbois Bisgaard & Smith, LLP, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***